**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK,**
------------------------------------------------------------X
JOSEPH A. CHIAFALO, on behalf of himself
and all others similarly situated,

                Plaintiff,

                                      **JUDGMENT**
                                      CV 19-487 (SJF)(ARL)

    - against -

FORSTER & GARBUS, LLP, RONALD
FORSTER AND MARK A. GARBUS,

                Defendants.
------------------------------------------------------------X

       An Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on January 26, 2021, granting defendants' motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, dismissing plaintiff's Fair Debt Collection Practices Act ("FDCPA") claims in their entirety with prejudice, and directing the Clerk of the Court to enter judgment in favor of defendants and close this case, it is

       **ORDERED AND ADJUDGED** that plaintiff Joseph A. Chiafalo take nothing of defendants Forster & Garbus LLP, Ronald Forster, and Mark A, Garbus; that defendants' motion for summary judgment is granted; that plaintiff's FDCPA claims are dismissed in their entirety with prejudice; and that this case is closed.

Dated: January 26, 2021
       Central Islip, New York

                                                      DOUGLAS C. PALMER
                                                      CLERK OF THE COURT
                                     By:   /s/ James J. Toritto
                                                   Deputy Clerk